UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| BRENDA DRAKE, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>MRS BPO, LLC,<br><br>Defendant. | **Acknowledged**<br>TWP<br>November 26, 2019<br><br>Civil Action No. 1:19-cv-01543-TWP-TAB |

## **STIPULATED DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Brenda Drake, together with Defendant MRS BPO, LLC (collectively, the "Parties"), through their respective undersigned counsel, file this stipulated dismissal, stipulating that all claims of Plaintiff against Defendant be dismissed in their entirety, each party to bear their own costs and attorneys' fees.

Dated: November 25, 2019                          Respectfully submitted,

*/Bradley R. Armstrong*                                      By: */s/ Gary M. Klinger*
Bradley R. Armstrong, MN #3935240
*Pro hac vice*                                                        Gary M. Klinger
Moss & Barnett                                                   KOZONIS & KLINGER, LTD.
150 South Fifth Street, Suite 1200                 227 W. Monroe Street, Suite 2100
Minneapolis, MN 55402                                  Chicago, Illinois 60630
Tel: 612-877-5359                                             Phone: 312.283.3814
Fax: 612-877-5034                                            Fax: 773.496.8617
Bradley.Armstrong@lawmoss.com             gklinger@kozonislaw.com

*Counsel for MRS BPO, LLC*                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Gary M. Klinger
Gary M. Klinger
